| | |
|---|---|
| 1 | DANIEL A. BACON 065099 |
| | ATTORNEY AT LAW |
| 2 | 5200 NORTH PALM AVENUE, SUITE 408 |
| | FRESNO, CALIFORNIA 93704-2225 |
| 3 | TELEPHONE: (559) 241-7000 |
| 4 | ATTORNEY for RICHARD J. PEREIRA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:10 cr 00295 LJO |
| Plaintiff, | ) | |
| | ) | ORDER TO SEAL DOCUMENTS |
| vs. | ) | [Local Rule 141] |
| RICHARD J. PEREIRA, | ) | DATE: June 18, 2012 |
| | ) | TIME : 9:00 a.m. |
| Defendant. | ) | DEPT: Hon. Lawrence J. O'Neill |

Defendant having stated his case as to why his Request to Seal Documents should be granted, and good cause appearing therefor,

IT IS ORDERED that Defendant's Request to Seal Documents is hereby granted.

IT IS SO ORDERED.

**Dated:   June 12, 2012**          /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE

DANIEL A. BACON
ATTORNEY AT LAW
5200 NORTH PALM SUITE 408
FRESNO, CALIFORNIA 93704